```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOHN M. ASPEN,                    :    CIVIL ACTION
                                  :    No. 13-6057
       Plaintiff,                 :
                                  :
    v.                            :
                                  :
WILHELMSEN SHIPS SERVICE,         :
                                  :
       Defendant.                 :
```

## **O R D E R**

**AND NOW**, this **9th** day of **March, 2015,** it is hereby **ORDERED** that Defendant's motion for summary judgment (ECF No. 28) is **DENIED.**

It is further **ORDERED** that a **final pretrial conference** will be held on **Monday, April 6, 2015,** at **10:00 a.m.** in Courtroom 15A, James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA. The parties shall submit pretrial memoranda pursuant to Rule 16.1(c) of the Local Rules of Civil Procedure, proposed voir dire questions, jury instructions,[1] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial) by **Monday, March 30, 2015.**

---

[1] Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.

**AND IT IS SO ORDERED.**


        **/s/ Eduardo C. Robreno**
        **EDUARDO C. ROBRENO, J.**